UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Michael Cassanova Dyson,

        Petitioner,

vs.                                                        ORDER

United States of America,

        Respondent.                     Civ. No. 17-1268 (SRN/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. This matter is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

2. The application to proceed *in forma pauperis* of petitioner Michael Cassanova Dyson, [Docket No. 3], is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                         BY THE COURT:

DATED: June 9, 2017                      s/Susan Richard Nelson
St. Paul, Minnesota                      SUSAN RICHARD NELSON
                                                         United States District Judge